JANUARY 20, 1975 *

No. 74–5433. KOVACH *v.* SCHUBERT, HOSPITAL SUPERINTENDENT. Appeal from Sup. Ct. Wis. dismissed for

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of No. 74–335, *Pryba* v. *United States, infra,* p. 1127.

want of substantial federal question.

